**DEPARTMENT OF TRANSP. v. IRVING**

[350 N.C. 300·(1999)]

DEPARTMENT OF TRANSPORTATION v. CHARLES G. IRVING, JR., Individually and as Executor under the Will of Charles G. Irving, Sr.; VIVIAN E. IRVING, Individually and as Executrix under the Will of Charles G. Irving, Sr.; FLORENCE IRVING FRANCIS, Individually and as Executrix under the Will of Charles G. Irving, Sr.; WAYNE BRASWELL MANUFACTURING HOMES CORPORATION, Lessee; COUNTY OF WAKE; and TOWN OF GARNER

No. 454PA98

(Filed 9 April 1999)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 130 N.C. App. 759, 508 S.E.2d 847 (1998), affirming an order entered by Thompson, J., on 21 March 1997 in Superior Court, Wake County. Heard in the Supreme Court 9 March 1999.

*Wood & Francis, PLLC, by Charles T. Francis and Alan D. Woodlief, Jr., for defendant-appellees Irving.*

*Kirk, Kirk, Gwynn & Howell, L.L.P., by Joseph T. Howell, for defendant-appellant Wayne Braswell Manufacturing Homes Corporation.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.